UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 42780
    KEINA ESTHER RUSSELL
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-4752

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
        The case was filed on 11/17/2004 and was confirmed 01/12/2005.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

        The case was dismissed after confirmation 09/26/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED | 7025.00 | 633.40 | 5054.19 |
| DRIVE FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 690.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CRANDON EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| B-LINE/CROSS COUNTRY | UNSECURED | 757.78 | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| PROACTIV SOLUTION | UNSECURED | NOT FILED | .00 | .00 |
| REGIONAL MRI | UNSECURED | NOT FILED | .00 | .00 |
| SOUTH SHORE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SOUTH SHORE RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK & SAVINGS | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND CORP | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO HO | UNSECURED | NOT FILED | .00 | .00 |
| US TELECOM | UNSECURED | NOT FILED | .00 | .00 |
| WOW INTERNET CABLE | UNSECURED | 176.96 | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 455.04 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 8,842.63 | |
| PRIORITY | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 42780 KEINA ESTHER RUSSELL

```
SECURED                                              5,054.19
    INTEREST                                           633.40
UNSECURED                                                 .00
ADMINISTRATIVE                                       2,700.00
TRUSTEE COMPENSATION                                   455.04
DEBTOR REFUND                                             .00
                        ---------------   ---------------
TOTALS                         8,842.63          8,842.63
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 12/27/07          /s/ Tom Vaughn
                         _____
                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE